NO. 04-15-00183-CR

FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

V.

THE STATE OF TEXAS,
Appellee

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO. TEXAS

2015 SEP 25 PM 12: 29



KEITH E. HOTTLE, CLERK

NOTICE

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now, Richard Lares, TDCJ-ID #1592255, Appellant herein, in style and cause and files this Notice for **Free Copies** of Appellant's Brief to include all Exhibits, Affidavits, and any documents on file and in support will show the following:

Appellant is responding to the Honorable Clerk's letter Dated: Sept. 17,2-015, where the **Amount** of $32.00 **Price** was quoted for collection with price for Postage is included.

Appellant avers that on Sept. 22,2015 he put this letter to the Clerk in the prison mail box. Appellant also avers that a letter from the Bexar County 399th Judicial District Court STIC-NET E-**Mail** Appointing Counsel Barry Hitchings to represent Appellant Richard Lares an **indigent** inmate is **currently filed** as AE 40 listing in Table of Contents Page **iv.** in Appellant's Brief as Prima Facie Proof as to Appellant's Indigent Status. The Honorable 399th Court Clerk has the **original Affidavit of Indigency with** UnSworn Declaration.

Persuant to T.R.A.P. Rule 20.2 Criminal Cases, I, the Appellant filed the **Affidavit of Indigency** in the trial court;Respectfully, said copy should be on record. I am **No** longer represented by counsel and have been **Pro Se** since Date: June 12,2015.

Persuant to 42 U.S.C.S. § 659(h)(1)(B)(iii); 38 U.S.C.S. § 5301(a); 38 U.S.

C.S. § 1970(G); Veteran's VA Benefits are exempt from Taxation, Claims of Creditors, Garnishment, and other forms of Process, according to the United State's Supreme Court. Also, the United State's Supreme Court Rule 40 - Veterans, "1. A veteran suing under any provision of law exampting veterans from the payment of fees or court costs, may proceed without prepayment of fees or costs or furnishing security therefor and may file a motion for leave to proceed on papers prepared as required by Rule 33.2."

Please, accept the above case law and facts for consideration of providing appellant a Free Copy of All the documents listed. If another Affidavit of Indigency is needed in order to prosecute this request, please send Two(2) applications for appellant to fill-out.

WHEREFORE PREMISES CONSIDERED, Appellant, kindly requests that the Honorable Justices please provide Appellant with one free copy because appellant is unable to obtain a copy on his own and also unable to pay fees or costs. Please forgive appellant for his inability to pay costs for copies.

Sincerely,

Richard Lares, Pro Se
TDCJ-ID #1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

"De Oppresso Liber"
U.S. Army Special Forces Combat Veteran

Honorable Clerk:                                    Sept. 22, 2015

     In Church, I was told a comet would
       hit Earth, If the world is still alive
     Please Process this Notice. Thank you!

In prison we inmates don't have internet to verify this, sorry.
     But Thank you, for your quick response to my request!
I just got your Sept. 17, 2015 letter Response.

     I would like to inform your person and the Honorable
Justices that I am indigent and a U.S. Army 100%
Disabled Combat Veteran, I have already provided the
Affidavit of Indigency Papers with Unsworn Declaration
to the Honorable Clerk of the 399th District Court of
Bexar County, Texas, it should be on file.

     I should be exempt from fees and Court
costs and etc., but if I am Not Please send me
the Affidavit Applications (2 copies) Because I make lots
of mistakes.

     Thank you for your service
       God Bless You!

                Sincerely & Respectfully,

               x Richard Lares
               Richard Lares, Pro Se

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS
2015 SEP 25 PM 12:29
KEITH E. HOTTLE, CLERK

Richard Lares 1597255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Tx 77868

FILED
IN THE COURT OF APPEAL
AT SAN ANTONIO, TEXAS

2015 SEP 25 PM 12: 29

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Legal
Mail

The Clerk of the
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Tx. 78205-3037

NORTH HOUSTON TX 773
25 SEP 2015 PM 1 L

FOREVER USA